IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-00725 |
| | ) | |
| STEVEN H. GLASS and | ) | Chapter 7 |
| DIANE L. GLASS, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtors. | ) | |
| | ) | **Hearing Date:** May 21, 2013 |
| | ) | **Hearing Time:** 10:00 a.m. |
| | ) | **Room No.:** 744 |

**COVER SHEET FOR SECOND AND FINAL APPLICATION OF FRANKGECKER LLP
FOR ALLOWANCE OF COMPENSATION AND EXPENSES**

| | |
|---|---|
| Name of Applicant: | FrankGecker LLP |
| Authorized to Provide Professional Services to: | Frances F. Gecker, Chapter 7 Trustee of the Estate of STEVEN H. GLASS and DIANE L. GLASS |
| Period for Which Compensation is Sought: | October 16, 2011 through April 5, 2013 |
| Amount of Fees Sought: | $     $1,112.50 |
| Amount of Expense Reimbursement Sought: | $     $23.09 |
| This is a: | Second and Final Fee Application |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $4,935.44.

{GLASS/001/00034403.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-00725 |
| | ) | |
| STEVEN H. GLASS and | ) | Chapter 7 |
| DIANE L. GLASS, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtors. | ) | |
| | ) | Hearing Date: May 21, 2013 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | Room No.: 744 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on **May 21, 2013 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff in Courtroom 744 of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in his place and stead, and then and there present the **Second and Final Application of FrankGecker LLP, as Counsel to Frances Gecker, Chapter 7 Trustee of the Bankruptcy Estate of Steven H. Glass and Diane L. Glass for Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and hereby served upon you.

Dated: April 5, 2013

Respectfully submitted,

FRANCES GECKER, not individually, but as
Chapter 7 Trustee of the bankruptcy estate of
STEVEN H. GLASS and DIANE L. GLASS,

By: /s/ *Zane L. Zielinski*
One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

{GLASS/001/00034403.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-00725 |
| | ) | |
| STEVEN H. GLASS and | ) | Chapter 7 |
| DIANE L. GLASS, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtors. | ) | |

**SECOND AND FINAL APPLICATION OF FRANKGECKER LLP,
AS COUNSEL TO FRANCES GECKER, CHAPTER 7 TRUSTEE OF THE
BANKRUPTCY ESTATE OF STEVEN H. GLASS AND DIANE L. GLASS FOR
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

FrankGecker LLP, counsel to Frances Gecker, not individually, but as Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Steven H. Glass and Diane L. Glass (the "Debtors"), hereby submits its second and final application (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and 507(a)(1) for legal services performed and expenses incurred during the period of October 16, 2011 through and including April 5, 2013 (the "Application Period"), as counsel to the Trustee. In support of the Application, FrankGecker LLP respectfully represents as follows:

## <u>INTRODUCTION</u>

1. On January 10, 2011 (the "Petition Date"), the Debtors filed a voluntary petition for relief under Chapter 7 Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Case").

2. Frances Gecker ("Trustee") is the duly appointed Trustee in the Case.

3. The Section 341 meeting of creditors was held on February 22, 2011 (the "341 Meeting").

4. The Trustee chose FrankGecker LLP ("FG") as her counsel in the Case. On May 11, 2011, this Court entered an order authorizing the Trustee to retain FG and Mr. Zielinski as her counsel retroactive to February 22, 2011.

5. Counsel has received $4,935.44 in previously awarded compensation and reimbursement of expenses.

6. The assets of this case consisted of the Debtors' interest in real property located at 30209 State Street, Elberta, Alabama (the "Real Estate"). Steven Glass, one of the Debtors, held a one-third (33.3%) interest in the Real Estate with his two sisters, Karyn Glass and Linda Glass (the "Co-Owners"). During the Case, the Trustee agreed to sell the estate's interest in the Real Estate to the Co-Owners for $12,000.00. On May 31, 2011, the Court entered an order approving the sale of the estate's interest in the Real Estate to the Co-Owners.

7. This Application seeks allowance of all fees and expenses incurred by FG from October 16, 2011 through and including April 5, 2013. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

## I. SERVICES PERFORMED

**A.    Administration**                                                                $830.00

FrankGecker spent **2.40** hours at a cost of **$830.00** on issues relating to the final administration of the bankruptcy case including resolving any tax issues and examination of Debtors' amended exemptions.

{GLASS/001/00034403.DOC/}                                    2

**B.**     **Claims**                                                                                           **$100.00**

FrankGecker spent .50 hours at a cost of **$100.00** on issues relating to the amendment of certain claims.

**C.**     **Retention of Professionals/Fee Applications**                        **$182.50**

FrankGecker spent .50 hours at a cost of **$182.50** on issues relating to the preparation of this second and final fee application.

## II.    ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE

Zane L. Zielinski (ZLZ) is an associate at FrankGecker LLP. Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif. Mr. Zielinski specializes in bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases.

William G. Cross (WC) was an associate at FrankGecker LLP. Mr. Cross is a 2009 graduate of Loyola University Chicago School of Law. Mr. Cross specializes in bankruptcy law and has represented trustees and creditors in bankruptcy cases.

## III.    CALCULATION OF TIME AND FEES

This is the Trustee's second and final application for compensation and reimbursement of fees and expenses of FG. This fee application applies to fees and expenses incurred by FG from October 16, 2011 through April 5, 2013. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Trustee and the Debtor's estate. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this Case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibit, FG's attorneys and paralegal have spent a total of **3.40 hours** providing necessary legal services for the Trustee. As a result, they request compensation in the amount of **$1,112.50** for actual, necessary legal services performed (Exhibit A). The average hourly rate is **$327.21**. In addition, FG has expended the sum of **$23.09** for actual necessary expenses incurred in representing the Trustee. FG has voluntarily written off all expenses related to fax charges and copying charges, only charging for off-site copying charges when incurred.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FG on each of its clients. The hourly rates charged are the regular hourly rates charged by the firm to its clients. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, or there was a need for multiple attorneys' involvement, the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared its time exhibits by topic as presented in the attached Exhibit A. For purposes of this Application, counsel has used three categories. Most of these categories are substantive. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing or computer research charges, fax charges, phone charges or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate.

No compensation has been promised to FG, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the

{GLASS/001/00034403.DOC/}                    4

sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee. Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, FrankGecker LLP respectfully requests that this Court enter an Order:

A. Allowing FrankGecker LLP compensation for actual, necessary legal services in the amount of **$1,112.50**;

B. Allowing FrankGecker LLP reimbursement of actual, necessary expenses in the amount of **$23.09**; and

C. Authorizing the Trustee to pay FrankGecker LLP compensation and expense reimbursement in the total amount of **$1,135.59**.

Dated: April 5, 2013                    Respectfully submitted,

                                        FRANCES GECKER, not individually but as
                                        Chapter 7 Trustee of the bankruptcy estate of
                                        STEVEN H. GLASS and DIANE L. GLASS,

                                        By:___/s/____Zane L. Zielinski_____
                                                     Zane L. Zielinski

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

{GLASS/001/00034403.DOC/}                    5