# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GLASS, STEVEN H. | § | Case No. 11-00725 |
| GLASS, DIANE L. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/21/2013 in Courtroom 744,

United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/16/2013          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re:                                    §
                                          §
GLASS, STEVEN H.                          §         Case No. 11-00725
GLASS, DIANE L.                           §
                                          §
              Debtor(s)                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,000.60 |
| and approved disbursements of | $ | 4,989.91 |
| leaving a balance on hand of[1] | $ | 7,010.69 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,950.06 | $ 0.00 | $ 1,950.06 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 6,047.50 | $ 4,935.00 | $ 1,112.50 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 23.53 | $ 0.44 | $ 23.09 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 1,343.66 | $ 0.00 | $ 1,343.66 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 19.04 | $ 0.00 | $ 19.04 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 6.80 | $ 6.80 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 4,448.35 |
| Remaining Balance | $ | 2,562.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 18,132.64  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Department of Treasury | $ 18,132.64 | $ 0.00 | $ 2,562.34 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 2,562.34 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,271.70  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 9,099.86 | $ 0.00 | $ 0.00 |
| 000002A | Department of Treasury | $ 1,446.03 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA, N.A. | $ 2,843.41 | $ 0.00 | $ 0.00 |
| 000004 | Chase Bank USA, N.A. | $ 1,430.30 | $ 0.00 | $ 0.00 |
| 000005 | Linda Prokuski | $ 2,200.00 | $ 0.00 | $ 0.00 |
| 000006 | FIA Card Services, NA Bank of America, N.A. | $ 3,337.67 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | FIA Card Services, NA | $ 37,322.88 | $ 0.00 | $ 0.00 |
| 000008 | FIA Card Services, NA Bank of America, N.A. | $ 37,591.55 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     0.00

Remaining Balance     $     0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker

Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-00725-ERW
Steven H. Glass                                                           Chapter 7
Diane L. Glass
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons          Page 1 of 2          Date Rcvd: Apr 17, 2013
                             Form ID: pdf006          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2013.
db/jdb      #+Steven H. Glass,    Diane L. Glass,    5713 W Wilson,    Chicago, IL 60630-3317
aty         +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
16651968    +AT&T Universal Card,    Processing Center,    Des Moines, IA 50363-0001
16651972     Capital One,    PO Box 105474,    Atlanta, GA 30348-5474
16651973     Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
16651974     Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
17483810     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16651976    +Chrysler Financial,    c/o Riezman Berger P C,    7700 Bonhomme 7th Floor,
             St Louis Missouri 63105-1960
16651979    +Linda Prokuski,    4830 N. Meade,    Chicago, IL 60630-2902
16651980    +Stan Glass,    200 E. Delaware #32D,    Chicago, IL 60611-7708
16651983     Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16651978     E-mail/Text: cio.bncmail@irs.gov Apr 18 2013 02:01:49     Department of Treasury,
             Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
16651977     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2013 02:26:05     Discover,   PO Box 6103,
             Carol Stream, IL 60197-6103
17406680     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2013 02:26:05     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17772250     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2013 02:24:51
             FIA Card Services, NA Bank of America, N.A.,    MBNA America Bank, N.A.,
             by American InfoSource LP as its agent,    P.O. Box 248809,    Oklahoma City, OK  73124-8809
                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16651970*    Bank of America,    PO Box 15028,    Wilmington, DE 19850-5028
16651971*    Bank of America,    PO Box 15028,    Wilmington, DE 19850-5028
16651975*    Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
17756071*    Linda Prokuski,    4830 N. Meade,    Chicago, IL 60630-2902
16651984*    Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
16651969    ##Bank of America,    PO Box 15028,    Wilmington, DE 19850-5028
16651981    ##Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
16651982    ##+Wells Fargo Financial Cards,    PO Box 98795,    Las Vegas, NV 89193-8795
                                                                     TOTALS: 0, * 5, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2013**                                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: csimmons            Page 2 of 2           Date Rcvd: Apr 17, 2013
                             Form ID: pdf006           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2013 at the address(es) listed below:
```
          Frances  Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Gina B Krol, ESQ    on behalf of Joint Debtor Diane L. Glass gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol, ESQ    on behalf of Debtor Steven H. Glass gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Kathryn A Klein    on behalf of Creditor    Chrysler Financial Services Americas, L.L.C. f/k/a
           DaimlerChrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
          Marilyn J Washburn    on behalf of Creditor    Chrysler Financial Services Americas, L.L.C. f/k/a
           DaimlerChrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor    Wells Fargo Bank, NA ND-Two@il.cslegal.com
          Yan  Teytelman    on behalf of Joint Debtor Diane L. Glass yan@ytlawfirm.com,  law_4321@yahoo.com
          Yan  Teytelman    on behalf of Debtor Steven H. Glass yan@ytlawfirm.com,  law_4321@yahoo.com
          Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                   TOTAL: 10
```