UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| GLASS, STEVEN H. | § | Case No. 11-00725 |
| GLASS, DIANE L. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chrysler Financial Attention: Bankrutpcy P.O. Box 9223 Farmington, MI 48333-9223 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage PO Box 14411 Des Moines, IA 50306-3411 | | | | | |
| | Wells Fargo Home Mortgage PO Box 14411 Des Moines, IA 50306-3411 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| Bank of New York Mellon | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANKGECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service 230 South Dearborn Street Mail Stop 5010 CHI Chicago, IL 60604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002B | DEPARTMENT OF TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Universal Card Processing Center Des Moines, IA 50363 | | | | | |
| | Capital One Bank PO Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Capital One PO Box 105474 Atlanta, GA 30348-5474 | | | | | |
| | Stan Glass 200 E. Delaware #32D Chicago, IL 60611 | | | | | |
| | Target National Bank PO Box 59317 Minneapolis, MN 55459-0317 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Financial Cards PO Box 98795 Las Vegas, NV 89193-9795 | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000002A | DEPARTMENT OF TREASURY | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000006 | FIA CARD SERVICES, NA BANK OF AMERI | | | | | |
| 000007 | FIA CARD SERVICES, NA BANK OF AMERI | | | | | |
| 000008 | FIA CARD SERVICES, NA BANK OF AMERI | | | | | |
| 000005 | LINDA PROKUSKI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-00725 | ERW | Judge: Eugene R. Wedoff | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GLASS, STEVEN H. | | | | Date Filed (f) or Converted (c): | 01/10/11 (f) |
| | GLASS, DIANE L. | | | | 341(a) Meeting Date: | 02/22/11 |
| For Period Ending: | 07/10/13 | | | | Claims Bar Date: | 09/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 5713 W. Wilson Ave. Chicago IL 60630 | 215,000.00 | 0.00 | | 0.00 | FA | 284,511.71 | 0.00 |
| 2. 30209 State Street Elberta, AL 63530 owned with St | 110,000.00 | 110,000.00 | | 12,000.00 | FA | 0.00 | 0.00 |
| 3. Community Savings Bank- checking<br>    Debtor Claimed Exemption | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 4. 2 couches, 5 beds, 1 dining room table, 2 coffee t<br>    Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 2,000.00 |
| 5. music cd's, books<br>    Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 6. standard clothing for 5<br>    Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA | 0.00 | 1,500.00 |
| 7. Costume jewelry<br>    Debtor Claimed Exemption | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 8. miscellaneous sporting goods, weights, digital cam<br>    Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 9. Term life insurance | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. Dodge Caravan SXT 2005<br>    Debtor Claimed Exemption | 2,000.00 | 2,000.00 | | 0.00 | FA | 0.00 | 2,400.00 |
| 11. Toyota Scion xb 2005 | 4,500.00 | 0.00 | | 0.00 | FA | 0.00 | 7,400.00 |

LFORM1EX

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 17.02e

Case 11-00725 Doc 65 Filed 07/10/13 Entered 07/10/13 13:44:07 Desc Main
Document Page 9 of 15

Page: 2

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

Case No: 11-00725 ERW Judge: Eugene R. Wedoff   Trustee Name: Frances Gecker
Case Name: GLASS, STEVEN H.                      Date Filed (f) or Converted (c): 01/10/11 (f)
GLASS, DIANE L.                                   341(a) Meeting Date: 02/22/11
                                                  Claims Bar Date: 09/09/11

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| Debtor Claimed Exemption | | | | | | | |
| 12. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.60 | FA | 0.00 | 0.00 |

|  |  |  |  |  | Gross Value of Remaining Assets |  |  |
| TOTALS (Excluding Unknown Values) | $336,000.00 | $112,000.00 | | $12,000.60 | $0.00 | $284,511.71 | $14,300.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |  |  |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 10/15/12     Current Projected Date of Final Report (TFR): 04/15/13

/s/   Frances Gecker
_____   Date: 07/10/13
FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-00725 -ERW | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | GLASS, STEVEN H. | | Bank Name: | BANK OF AMERICA |
| | GLASS, DIANE L. | | Account Number / CD #: | *******5359  MONEY MARKET |
| Taxpayer ID No: | *******8894 | | | |
| For Period Ending: | 07/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  06/08/11 | 2 | Jeffrey K. Mercer<br>2900 W. Catalpa Ave.<br>Chicago, IL  60625 | Sale of Interest in Real Estate | 1110-000 | 6,000.00 | | 6,000.00 |
| C  06/08/11 | 2 | Gregory J. Scandaglia<br>Karyn S. Glass<br>711 8th St.<br>Wilmette, IL  60091 | Sale of Interest in Real Estate | 1110-000 | 6,000.00 | | 12,000.00 |
| C  06/30/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 12,000.06 |
| C  07/29/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,000.16 |
| C  08/31/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,000.27 |
| C  09/30/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,000.37 |
| C  10/31/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,000.47 |
| C  10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 15.29 | 11,985.18 |
| C  11/17/11 | 001000 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | F/G 1st Fee App - Approved 11/16/11<br><br>Fees         4,935.00<br>Expenses        0.44 | <br><br><br><br>3110-000<br>3120-000 | | 4,935.44 | 7,049.74 |
| | | | Page Subtotals | | 12,000.47 | 4,950.73 | |

Ver: 17.02e

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-00725 -ERW | | Trustee Name: | Frances Gecker |
| Case Name: | GLASS, STEVEN H. | | Bank Name: | BANK OF AMERICA |
| | GLASS, DIANE L. | | Account Number / CD #: | *******5359  MONEY MARKET |
| Taxpayer ID No: | *******8894 | | | |
| For Period Ending: | 07/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  11/30/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 7,049.82 |
| C  11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.94 | 7,037.88 |
| C  12/29/11 | 12 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 7,037.93 |
| C t  12/29/11 | | Transfer to Acct #*******2541 | Bank Funds Transfer | 9999-000 | | 7,037.93 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 12,000.60 | 12,000.60 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 7,037.93 | |
| Subtotal | 12,000.60 | 4,962.67 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,000.60 | 4,962.67 | |

\* Reversed
t Funds Transfer
C Bank Cleared

Page Subtotals      0.13      7,049.87

Ver: 17.02e

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-00725 -ERW | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | GLASS, STEVEN H. | | Bank Name: | Congressional Bank |
| | GLASS, DIANE L. | | Account Number / CD #: | *******2541 GENERAL CHECKING |
| Taxpayer ID No: | *******8894 | | | |
| For Period Ending: | 07/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 12/29/11 | | Transfer from Acct #*******5359 | Bank Funds Transfer | 9999-000 | 7,037.93 | | 7,037.93 |
| C 02/07/12 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BLANKET BOND #016026455 2/1/12 TO 2/1/13 | 2300-000 | | 6.80 | 7,031.13 |
| C t 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 7,031.13 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| | COLUMN TOTALS | 7,037.93 | 7,037.93 | 0.00 |
| | Less: Bank Transfers/CD's | 7,037.93 | 7,031.13 | |
| * Reversed | Subtotal | 0.00 | 6.80 | |
| t Funds Transfer | Less: Payments to Debtors | | 0.00 | |
| C Bank Cleared | Net | 0.00 | 6.80 | |

Page Subtotals   7,037.93   7,037.93

Ver: 17.02e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 11-00725 -ERW | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | GLASS, STEVEN H. | Bank Name: | Bank of New York Mellon |
| | GLASS, DIANE L. | Account Number / CD #: | *******7138 GENERAL CHECKING |
| Taxpayer ID No: | *******8894 | | |
| For Period Ending: | 07/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 7,031.13 | | 7,031.13 |
| C 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 5.73 | 7,025.40 |
| C 03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 4.27 | 7,021.13 |
| * C 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-003 | | 10.44 | 7,010.69 |
| * C 04/17/13 | | Reverses Adjustment OUT on 04/05/13 | BANK SERVICE FEE<br>Bank charged fee after STOP BANK FEES had been issued. Bank of New York Mellon refunded fee. | 2600-003 | | -10.44 | 7,021.13 |
| C 05/29/13 | 010000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,950.06 | 5,071.07 |
| C 05/29/13 | 010001 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603<br><br>Fees 1,343.66<br>Expenses 19.04 | Accountant for Trustee Fees (Other<br><br><br><br><br>3410-000<br>3420-000 | | | 1,362.70 | 3,708.37 |
| C 05/29/13 | 010002 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625 | Attorney for Trustee Fees (Trustee | | | 1,135.59 | 2,572.78 |

Page Subtotals    7,031.13    4,458.35

Ver: 17.02e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-00725 -ERW | | Trustee Name: | Frances Gecker |
| Case Name: | GLASS, STEVEN H. | | Bank Name: | Bank of New York Mellon |
| | GLASS, DIANE L. | | Account Number / CD #: | *******7138 GENERAL CHECKING |
| Taxpayer ID No: | *******8894 | | | |
| For Period Ending: | 07/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60654 | Fees 1,112.50 | 3110-000 | | | |
| | | | Expenses 23.09 | 3120-000 | | | |
| C 05/29/13 | 010003 | Department of Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Claim 000002B, Payment 14.19% | 5800-000 | | 2,572.78 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

|  | COLUMN TOTALS | 7,031.13 | 7,031.13 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 7,031.13 | 0.00 | |
|  | Subtotal | 0.00 | 7,031.13 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 7,031.13 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5359 | 12,000.60 | 4,962.67 | 0.00 |
| GENERAL CHECKING - ********2541 | 0.00 | 6.80 | 0.00 |
| GENERAL CHECKING - ********7138 | 0.00 | 7,031.13 | 0.00 |
| | 12,000.60 | 12,000.60 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Page Subtotals    0.00    2,572.78

Ver: 17.02e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-00725 -ERW |
| Case Name: | GLASS, STEVEN H. |
| | GLASS, DIANE L. |
| Taxpayer ID No: | *******8894 |
| For Period Ending: | 07/10/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7138 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: _____/s/ Frances Gecker_____ Date: 07/10/13
FRANCES GECKER

Page Subtotals     0.00     0.00

Ver: 17.02e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*